IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **KARAMBIS PROPERTIES, INC.** | § § § | |
| Plaintiff, | § § | |
| VS. | § | **CIVIL ACTION NO. SA-23-CV-129-FB** |
| | § | |
| **MILFORD CASUALTY INSURANCE COMPANY, INC. and WHITAKER INSURANCE ASSOCIATES, INC.,** | § § § § § | |
| Defendants. | § | |

## ORDER CLOSING CASE

Before the Court is the status of the above styled and numbered cause.  On March 10, 2024, this Court granted Defendant Whitaker Insurance Associates, Inc.'s Rule 12(b)(1) Motion to Dismiss (docket #8) dismissing without prejudice Plaintiff's claims against Defendant Whitaker Insurance Associates, Inc. (docket #11).  On July 12, 2024, the Plaintiff and remaining Defendant, Milford Casualty Insurance Company, Inc., filed their Joint Stipulation of Dismissal (docket #14) dismissing all claims between them without prejudice.  Therefore, no claims remain pending in this case.

Accordingly, because all of the claims between the parties have been DISMISSED, IT IS HEREBY ORDERED that this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of July, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE